FILED: November 17, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1690
(1:22-cv-01225-AJT-JFA)

_____

PATRICIA MARTENS

      Plaintiff - Appellant

v.

CARLOS DEL TORO, Secretary, U.S. Department of the Navy

      Defendant - Appellee

_____

O R D E R

_____

The court grants an extension of the briefing schedule as follows:

Joint appendix due: 12/18/2023

Opening brief due: 12/18/2023

Response brief due: 01/18/2024

Any reply brief: 21 days from service of response brief.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk